UNITED STATES ELECTRIC LIGHT & POWER CO., Appellant, *v.* RIMOLDI, Respondent.

*(Common Pleas of New York City and County, General Term.   February 24, 1892.)*
Appeal from second district court.
Action by the United States Electric Light & Power Company against Joseph Rimoldi.
Argued before BISCHOFF and PRYOR, JJ.
*Cravath & Harding,* for appellant.   *S. P. & J. McL. Nash,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

STANDFAST, Respondent, *v.* HURD, Appellant.

*(Common Pleas of New York City and County, General Term.   March 1, 1892.)*
Argued before BOOKSTAVER, P. J., and BISCHOFF and PRYOR, JJ.
No opinion.   Reargument allowed.   No costs.   See 13 N. Y. Supp. 584.

---

DOWNEY, Appellant, *v.* MACALEENAN, Respondent, (two cases.)

*(Common Pleas of New York City and County, General Term.   March 7, 1892.)*
Appeal from city court, general term.
Action by William Downey against Henry MacAleenan.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*F. Bien,* for appellant.   *Geo. C. Comstock,* for respondents.
No opinion.   Appeal dismissed, with $10 costs.   See 16 N. Y. Supp. 916.

---

DOWNEY, Respondent, *v.* GORMAN *et al.,* Appellants, (two appeals.)

*(Common Pleas of New York City and County, General Term.   March 7, 1892.)*
Appeal from city court, general term.
Action by William Downey against John J. Gorman and another.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*G. C. Comstock,* for appellants.   *F. Bien,* for respondent.
No opinion.   Appeal dismissed, with $10 costs.

---

HEALTH DEPARTMENT OF CITY OF NEW YORK, Respondent, *v.* RECTOR, ETC., OF TRINITY CHURCH, Appellants.

*(Common Pleas of New York City and County, General Term.   March 7, 1892.)*
Motion for leave to appeal to the court of appeals.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*S. T. Nash,* for appellants.   *W. P. Prentice,* for respondent.
No opinion.   Motion granted.   For decision on appeal, see 17 N. Y. Supp. 510.